**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6290**

_____

DELROY SPENCE,

        Plaintiff - Appellant,

    v.

PENDER CORRECTIONAL INSTITUTION MEDICAL,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03102-M)

_____

Submitted:  March 27, 2024                    Decided:  May 10, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Delroy Spence, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Delroy Spence appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Spence v. Pender Corr. Inst. Med.*, No. 5:22-ct-03102-M (E.D.N.C. Mar. 15, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*